FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIANNA LINN CONTORELLI,<br><br>　　　　Defendant. | Case No.: SA CR 11-0130-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/(her) [probation] [(supervised release)]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown background information, unknown bail resources,</u>

1 | numerous failures to report, apparent substance abuse

4 | and/or

5 | B.   ( )   The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c). This finding is based
on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/24/12

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE